UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 11-12853(BAX) |
| | ) | |
| Dana L. Wilson, | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge: RANDOLPH BAXTER |

**NOTICE OF HEARING AND OF INTENT TO SELL PERSONAL PROPERTY OTHER THAN IN THE ORDINARY COURSE OF BUSINESS (Pursuant to 11 U.S.C. §363)**

Please take notice that pursuant to 11 U.S.C. §363(b) and in accordance with Rules 2002(a)(2) and 6004(a) of the Federal Rules of Bankruptcy Procedure, MARVIN A. SICHERMAN, the Trustee in the Chapter 7 bankruptcy case identified in the caption above, intends to sell at private sale to be held immediately after the Hearing scheduled on this Notice, at the offices of the Trustee, located at 1801 East 9th Street, Suite 1100, Cleveland, OH 44114, the following personal property:

>  2 Guitars
>  2003 Jeep Wrangler

The above property will be sold to the Debtor, for $1,500.00, an amount which represents the Debtor's non-exempt portion of the value of the property. The Debtor has deposited the sum of $1,500.00 with the Trustee.

With respect to the property to be sold, while according to the information available to the Trustee exclusive of the Debtor's possible claims of exemptions, there are no known liens or claims, the property is being sold where is and as is and subject to any and all liens, claims, encumbrances or other interests, including the Debtor's claims of exemption.

A hearing is scheduled in Room 2B of the United States Bankruptcy Court for the Northern District of Ohio, Eastern Division, located at the Howard M. Metzenbaum U.S. Court

House, 201 Superior Avenue, East, Cleveland, Ohio 44114, on July 5, 2011 at 9:00 A.M. to consider this Notice, and any written objection hereto which is filed and served on the undersigned, the United States Trustee, and all parties entitled to receive such objection not later than seven (7) days preceding the date scheduled for the hearing. If no objection to this Notice is filed and served within such time, the sale may be consummated without hearing.

/s/MARVIN A. SICHERMAN, Trustee
DETTELBACH, SICHERMAN & BAUMGART
1801 East Ninth Street, Suite 1100
Cleveland, OH 44114-3169
Phone: (216) 696-6000 - Fax: (216) 696-3338
email: msicherman@dsb-law.com

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Intent to Sell Personal Property, with Notice of Hearing appended hereto, will be served electronically on the Office of the U. S. Trustee and Debra E. Booher, Attorney for the Debtor; and on June 8, 2011 and in accordance with Local Rule 2002-1, copies were mailed by regular U.S. Mail, postage pre-paid for delivery to each of the parties on the annexed service list at the addresses therein denoted.

/s/MARVIN A. SICHERMAN, Trustee

(p)ADVANTA
700 DRESHER RD
HORSHAM PA 19044-2206

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

(p)COLUMBIA GAS
ATTN REVENUE RECOVERY
200 CIVIC CENTER DR 11TH FLOOR
COLUMBUS OH 43215-4157

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Advanta Bank Corp.
c/o Advanced Call Center
Technologies
PO Box 9090
Gray, TN 37615-9090

Airtran Visa
P.O. Box 13337
Philadelphia, PA 19101-3337

American Express
PO Box 1270
Newark, NJ 07101-1270

American Express
PO Box 297812
Fort Lauderdale, FL 33329-7812

American Express
c/o GC Services
6330 Gulfton
Houston, TX 77081-1108

American Express
c/o Nationwide Credit, Inc.
2015 Vaughn Rd., NW, Bldg. 400
Kennesaw, GA 30144-7802

AT&T
PO Box 8100
Aurora, IL 60507-8100

AT&T Advertising & Publishing
PO Box 8112
Aurora, IL 60507-8112

AT&T Advertising & Publishing
c/o ARSI
555 St. Charles Dr. Suite 100
Thousand Oaks, CA 91360-3983

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601-4303

Atty. General of US
c/o Department of Justice
Tax Div. Civil Trail, Northern
P.O. Box 55, Ben Franklin Station
Washington, DC 20044-0055

Bank of America
PO Box 15019
Wilmington, DE 19886-5019

Bank of America
PO Box 15710
Wilmington, DE 19886-5710

Beth Kowalczyk
26928 Glenside Court
Olmsted Falls, OH 44138-3128

BKDW, Inc.
PO Box 40314
Bay Village, OH 44140-0314

Chase
PO Box 15153
Wilmington, DE 19886-5153

Chase
PO Box 15298
Wilmington, DE 19886-5153

Chase
c/o Atty Yale Levy
4645 Executive Drive
Columbus, OH 43220-3601

Chase
c/o Creditors Financial Group
PO Box 440290
Aurora, CO 80044-1500

CitiBusiness Card
PO Box 183051
Columbus, OH 43218-3051

City of Westlake/RITA
PO Box 94569
Cleveland, OH 44101-4569

City of Westlake/RITA
c/o Amy L. Arrighi
10107 Brecksville Rd.
Brecksville, OH 44141-3205

Crocker Office Park
c/o Gail Berzins
6728 Hawthorne Dr.
Brecksville, OH 44141-1042

Dana L. Wilson
656 Linsberry Court
Avon Lake, OH 44012-5204

Discover
PO Box 6103
Carol Stream, IL 60197-6103

Fifth Third Bank
PO Box 630900
Cincinnati, OH 45263-0900

| | | |
|---|---|---|
| Fifth Third Bank<br>c/o Weiner & Associates<br>75 Public Square, 4th Floor<br>Cleveland, OH 44113-2001 | First American Credit<br>64155 Van Dyke, 3261<br>Washington, MI 48095-2580 | First Equity Card Corp.<br>PO Box 23029<br>Columbus, GA 31902-3029 |
| First Merit<br>PO Box 148<br>Akron, OH 44309-0148 | Geico Mastercard<br>PO Box 9207<br>Old Bethpage, NY 11804-9007 | Great Lakes Fire Protection<br>PO Box 451201<br>Westlake, OH 44145-0630 |
| Guidant Financial Group, Inc.<br>13122 NE 20th St.<br>Suite 100<br>Bellevue, WA 98005-2003 | Health & Fitness Equipment Centers<br>35665 Curtis Blvd.<br>Eastlake, OH 44095-4114 | Hunter Chase Apartments<br>1575 Hunter Chase Drive<br>Westlake, OH 44145-6101 |
| Hunter Chase Apartments<br>c/o Professional Debt Mediation<br>7948 Baymeadows Way, 2nd Floor<br>Jacksonville, FL 32256-7518 | Huntington National Bank<br>PO Box 182519<br>Columbus, OH 43218-2519 | InUnison<br>27899 Clemens Rd.<br>Westlake, OH 44145-1141 |
| Joanne Wilson<br>656 Linsberry Ct<br>Avon Lake, OH 44012-5204 | Johnson Health Tech NA Inc.<br>1600 Landmark Dr.<br>Cottage Grove, WI 53527-8967 | Kissling Jasko Bonds & Co.<br>20325 Center Ridge Rd.<br>Rocky River, OH 44116-3572 |
| Landice, Inc.<br>111 Canfield Ave.<br>Randolph, NJ 07869-1127 | Lee Liska<br>785 Sunsetview Blvd.<br>Tallmadge, OH 44278-3172 | Medical Mutual of Ohio<br>2060 East 9th St.<br>Cleveland, OH 44115-1355 |
| Nautilus, Inc.<br>16400 SE Nautilus Dr.<br>Vancouver, WA 98683-5535 | Office of US Attorney<br>Carl B. Stokes US Courthouse<br>801 W. Superior Ave. #400<br>Cleveland, OH 44113-1829 | Ohio Bureau of Workers' Compensatio<br>Attn: Law Section Bankruptcy Unit<br>PO Box 15567<br>Columbus, OH 43215-0567 |
| Ohio Casualty<br>PO Box 7906<br>Loveland, OH 45140-7906 | Ohio Department of Taxation<br>PO Box 1090<br>Columbus, OH 43216-1090 | Ohio Department of Taxation<br>PO Box 16678<br>Columbus, OH 43216-6678 |
| Ohio Department of Taxation<br>PO Box 2678<br>Columbus, OH 43216-2678 | Ohio Dept. of Taxation<br>Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43266-0030 | Ohio Dept. of Taxation<br>c/o Attorney General<br>attn: Bankruptcy Staff<br>150 E. Gay Street, 21st Floor<br>Columbus, OH 43215-3191 |
| Premier Physicians<br>25200 Center Ridge Road<br>Westlake, OH 44145-4141 | Premier Physicians<br>c/o Andrews Bolden & Assoc<br>PO Box 110712<br>Cleveland, OH 44111-0712 | Raleigh America, Inc.<br>6004 South 190th St.<br>Suite 101<br>Kent, WA 98032-2130 |

Spirit Manufacturing
PO Box 80118
City of Industry, CA 91716-8118

SportsArt America, Inc.
19510 144th Ave. NE
Suite A-1
Woodinville, WA 98072-8429

St. John Westshore Hospital
PO Box 951204
Cleveland, OH 44193-0011

St. John Westshore Hospital
c/o JP Recovery
PO Box 16749
Rocky River, OH 44116-0749

Time Warner Cable
PO Box 118288
Carrollton, TX 75011-8288

Time Warner Cable
c/o CMI
4200 International Pkwy
Carrollton, TX 75007-1912

TNCI
PO Box 981038
Boston, MA 02298-1038

UPS
Lockbox 577
Carol Stream, IL 60132-0577

Verizon Wireless
Attn: Verizon Bankruptcy Admin
404 Brock Dr.
Bloomington, IL 61701-2654

Verizon Wireless
c/o Miracle Financial, Inc.
52 Armstrong Rd.
Plymouth, MA 02360-4807

Wells Fargo
PO Box 6426
Carol Stream, IL 60197-6426

Wells Fargo
PO Box 98791
Las Vegas, NV 89193-8791